IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIIA


BOB BRIGHTWELL,                          :
                    Plaintiff,           :
                                         :
                                         :
V.                                       :
                                         :   Civil Action No. 03-205J
                                         :   Judge Kim R. Gibson
JOSEPH LEHMAN,   ET AL.                  :   Magistrate Judge Lisa Pupo
                    Defendants,          :   Lenihan
                                         :


## ORDER OF COURT

The Report and Recommendation was filed on December 5, 2005. Pursuant to Plaintiff's request, an extension of time within which to file objections was granted until January 30, 2006, with an indication that no further extensions would be granted without good cause. While the Court is not convinced Plaintiff has shown good cause, because the request is only for an additional 10 days, it will be granted.

AND NOW, To_WIT, this _30th_ day of _JANUARY_ 2006, upon

consideration of the foregoing Motion for an Extension of time

IT IS HEREBY ORDERED the Motion is GRANTED.

Plaintiff's Objections to the Report and REcommendation must be filed no later than February 10, 2006


                                    BY THE COURT:

                                    Lisa Pupo Lenihan
                                    UNITED STATES MAGISTRATE
                                    JUDGE