```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

MAURICE EMILE,                       )
                                     )
                 Plaintiff,          )
                                     )
     v.                              )   Civil Action No. 04-974
                                     )   Judge Gary L. Lancaster/
SCI-PITTSBURGH, and PENNSYLVANIA     )   Magistrate Judge Lisa Pupo
DEPARTMENT OF CORRECTIONS,           )   Lenihan
                                     )
                 Defendants.         )
                                     )

## **MEMORANDUM ORDER**

The above-captioned prisoner civil rights action was received by the Clerk of Court on June 30, 2004, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation (Doc. No. 47), filed on August 18, 2006, recommended that the motion to dismiss (Doc. 13) filed by the Department of Corrections and SCI-Pittsburgh be granted as to them, but denied as to the defendants who, although not named in the caption, were named in the body of the complaint. The Report also recommended denying Plaintiff's motion (Doc. 38) which the court construed as a preliminary injunction motion. Service was made on the Plaintiff at SCI Cresson, PO Box A, Cresson, PA 16699, which was the address listed on the docket. Plaintiff was informed that in accordance with the Magistrates Act, 28 U.S.C.

§ 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, he had ten (10) days to file any objections. No objections were filed. After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 21st day of Sept, 2006;

**IT IS HEREBY ORDERED** that the motion to dismiss (Doc. 13) filed by SCI-Pittsburgh and the Department of Corrections is granted and that Plaintiff's motion for preliminary injunction (Doc. 38) is denied.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 47), filed on August 18, 2006, by Magistrate Judge Lenihan, is adopted as the opinion of the court.

_____
The Honorable Gary L. Lancaster
United States District Court Judge

cc: Lisa Pupo Lenihan
    United States Magistrate Judge

    Maurice Emile
    DX1483
    PO Box A
    Cresson, PA 16699

    Christian D. Bareford
    Mary Lynch Friedline
    Office of the Attorney General
    564 Forbes Avenue
    6th Floor, Manor Complex
    Pittsburgh, PA 15219